```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   ) CRIMINAL NO. 04-10260-RCL
                           )
v.                         ) VIOLATION:
                           )
CARLOS A. HOWELL           ) 21 U.S.C. § 841(a)(1) --
                           )   Distribution of Cocaine
                           )   Base

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury charges that:

On or about March 30, 2004, at Boston in the District of Massachusetts,

**CARLOS A. HOWELL,**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute more than 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The United States Attorney further charges that:

1.  As a result of the offense alleged in Count One of this Indictment,

**CARLOS A. HOWELL,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The offense charged in Count One involved at least 20 but less than 35 grams of cocaine base. Accordingly, USSG §2D1.1(c)(6) applies to this case.

2. The defendant was at least 18 years old at the time he committed the offense charged in Count One; the crime charged in Count One is a controlled substance offense; and the defendant has at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG § 4B1.1 applies to this case.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
Theodore B. Heinrich
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                August 26, 2004

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)m

**Criminal Case Cover Sheet**                                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency**  DEA

**City**    Boston               **Related Case Information:**

**County**  Suffolk              Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Carlos Howell                     Juvenile:   ☐ Yes   ■ No

Alias Name        _____

Address           Woodruff Way, Boston, Massachusetts

Birthdate: 1968   SS # 0985    Sex: Male   Race: Black   Nationality USA

**Defense Counsel if known:** _____           Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    Theodore B. Heinrich         Bar Number if applicable _____

Interpreter:    ☐ Yes   ■ No    List language and/or dialect: _____

Matter to be SEALED:    ■ Yes   ☐ No

   ■ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 26, 2004        Signature of AUSA:  _/s/ Theodore B. Heinrich_

                                                  Theodore B. Heinrich

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlos Howell

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse   Case 1:04-cr-10260-RCL   Document 2   Filed 08/26/2004   Page 7 of 7

howelljs45.wpd - 2/7/02