AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────── DISTRICT OF ───────────

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| CARLOS HOWELL | CASE NUMBER: 04-10260-RCL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ─── **CARLOS HOWELL** ───
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Distribution of Cocaine Base

in violation of Title  21  United States Code, Section(s) 841(a)(1)

Sheila Dickas
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

08-26-2004    Boston, Massachsuetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 9/3/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.