UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10260-RCL

UNITED STATES OF AMERICA

v.

CARLOS A. HOWELL

**FURTHER ORDER ON EXCLUDABLE TIME**

October 20, 2004

DEIN, M.J.

An Initial Status Conference was held before this Court on October 20, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 20, 2004 through December 23, 2004

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated September 10, 2004 and this order, at the time of the Interim Status Conference on December 23, 2004, there will be twelve (12) days of non-excludable time under the Speedy Trial Act (October 8, 2004 - October 19, 2004) and fifty-eight (58) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge