UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:04-cr-10260-RCL |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| CARLOS HOWELL ) | |

### MOTION TO CONTINUE

Now Comes the defendant, Carlos Howell, and moves that this Honorable Court continue his status hearing from December 23, 2004 until January 3, 2004 at 11:00 A.M..

In support of this motion the defendant states that his attorney had a personal matter to attend to. This motion is assented to by AUSA Heinrich.

The defendant,
CARLOS HOWELL
By his attorney,

Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

### EXCLUDABLE TIME

The defendant hereby agrees that the time from December 23, 2004 until January 3, 2004 is excluded under the Speedy Trial Act.

### CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on December 23, 2004.

SIGNED: _____

DATE: 12/23/04

[handwritten margin note: 1/3 10:45 allowed]

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Theodore Heinrich, Esquire.

SIGNED: _____

DATE: 12/23/04