UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | INDICTMENT NO. 04-10260RCL |
| ) | |
| CARLOS A. HOWELL ) | |
| ) | |
| Defendant. ) | |

# DEFENDANT CARLOS A. HOWELL
# MOTION TO CONTINUE SENTENCING DATE

The Defendant Carlos A. Howell (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the status date of this matter currently scheduled for January 28, 2005 to Wednesday, February 2, 2005.

This motion is assented to by the United States Attorney, Theodore Heinrich.

    Respectfully submitted,
    CARLOS A. HOWELL,
    Defendant,
    By Counsel:


    '/s/Walter H. Underhill, Esquire'
    WALTER H. UNDERHILL
    66 Long Wharf
    Boston, Massachusetts   02109
    (617) 523-5858

DATED: January 28, 2005

## WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between January 28, 2005 and February 2, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                      January 28, 2005_____

## RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                      January 28, 2005_____