UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10260-RCL

UNITED STATES OF AMERICA

v.

CARLOS A. HOWELL

**FURTHER ORDER ON EXCLUDABLE TIME**

February 2, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 2, 2005 and March 9, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated September 10, 2004, October 20, 2004, December 23, 2004, January 3, 2005, January 31, 2005 and this order, at the time of the Final Status Conference on February 2, 2005, there will be twelve (12) days of non-excludable time under the Speedy Trial Act (October 8, 2004 - October 19, 2004) and fifty-eight (58) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN

                        United States Magistrate Judge