UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | ) INDICTMENT NO. 04-10260RCL |
| | ) |
| CARLOS A. HOWELL | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CARLOS A. HOWELL
## MOTION TO CONTINUE SENTENCING DATE

The Defendant Carlos A. Howell (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Court to continue the status date of this matter currently scheduled for March 29, 2005 to Monday, April 4, 2005. AUSA Heinrich is on vacation until that date.

This motion is assented to by the United States Attorney, Theodore Heinrich.

      Respectfully submitted,
      CARLOS A. HOWELL,
      Defendant,
      By Counsel:

      '/s/Walter H. Underhill, Esquire'
      WALTER H. UNDERHILL
      66 Long Wharf
      Boston, Massachusetts 02109
      (617) 523-5858

DATED: March 29, 2005

WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between March 29, 2005 and April 4, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                   _____March 29, 2005_____

RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.