UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10260-RCL

UNITED STATES OF AMERICA

v.

CARLOS A. HOWELL

**FINAL STATUS REPORT**

April 4, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, April 4, 2005,

pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court

enters the following report, in accordance with Local Rule 116.5(D):

1.    It appears at this time that a trial will be necessary.

2.    Discovery is completed at this time, except for expert discovery.  The
      government shall make its expert witness disclosures no later than 30
      days before a firm trial date.  The defendant shall make reciprocal
      disclosures no later than 14 days before a firm trial date.

3.    There are no outstanding or anticipated discovery issues at this time.

4.    The defendant does not intend to file any dispositive motions.

5.    Based upon the prior orders of the court dated September 10, 2004,
      October 20, 2004, December 23, 2004, January 3, 2005, January 31,
      2005, February 2, 2005, March 9, 2005, March 25, 2005 and March 29,
      2005, as of the time of the Final Status Conference on April 4, 2005 there
      were twelve (12) days of non-excludable time under the Speedy Trial Act
      (October 8, 2004 - October 19, 2004) and fifty-eight (**58**) days remaining
      under the Speedy Trial Act in which this case must be tried.

6.      It is estimated that the trial will last approximately one week.

7.      The file is hereby ordered returned to the District Judge to whom this case
        is assigned for further proceedings.


                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge