UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | INDICTMENT NO. 04-10260RCL |
| ) | |
| CARLOS A. HOWELL ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT CARLOS A. HOWELL
## MOTION TO WITHDRAW AS COUNSEL

The Defendant Carlos A. Howell (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Honorable Court to allow his present counsel to withdraw as counsel for the defendant.

In support of this motion the defendant's attorney states that Mr. Howell has requested that defense counsel file a motion to withdraw from his representation. This request and surrounding circumstances have caused effective communication and representation of the defendant by present counsel to break down the attorney client relationship to the point where new counsel should be appointed to represent the defendant.

    Respectfully submitted,
    CARLOS A. HOWELL,
    Defendant,
    By Counsel:

    '/s/Walter H. Underhill, Esquire'
    WALTER H. UNDERHILL
    66 Long Wharf
    Boston, Massachusetts   02109
    (617) 523-5858

DATED: April 21, 2005