UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOS A. HOWELL,<br><br>            Defendant | CR- 04-10260-RCL |

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:    /s/ Nancy Rue
                NANCY RUE
                Assistant U.S. Attorney
                9200 J. Jos. Moakley U.S. Courthouse
                One Courthouse Way
                Boston, MA  02210
                (617) 748-3260

Dated: April 22, 2005

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

    Marino Nunez
    Petersburg F.C.C.
    P.O. Box 1000
    Petersburg, VA 23804

                                                       _____