UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | INDICTMENT NO. 04-10260RCL |
| ) | |
| CARLOS A. HOWELL ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT CARLOS A. HOWELL'S MOTION TO WITHDRAW MOTION TO WITHDRAW AS COUNSEL

The Defendant Carlos A. Howell (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Honorable Court to allow his present counsel to withdraw his Motion To Withdraw As Counsel for the defendant.

In support of this motion the defendant's attorney states that Mr. Howell and defense counsel have met and resolved the differences which led to his request for defense counsel to move to withdraw his appearance in this case.

        Respectfully submitted,
        CARLOS A. HOWELL,
        Defendant,
        By Counsel:

        '/s/Walter H. Underhill, Esquire'
        WALTER H. UNDERHILL
        66 Long Wharf
        Boston, Massachusetts   02109
        (617) 523-5858

DATED:April 29, 2005