UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | ) INDICTMENT NO. 04-10260RCL |
| | ) |
| CARLOS A. HOWELL | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CARLOS A. HOWELL'S MOTION TO CANCEL TRIAL DATE AND SCHEDULE A RULE 11 HEARING

The Defendant Carlos A. Howell (the "Defendant"), in the above-numbered Indictment and through Counsel, moves this Honorable Court to cancel his presently scheduled trial date of May 23, 2004 and schedule a Rule 11 hearing in order to enter a change of plea to his present indictment.

In support of this motion the defendant's attorney states that Mr. Howell, after consulting with counsel, the defendant has decided to change his plea from guilty to not guilty.

Respectfully submitted,
CARLOS A. HOWELL,
Defendant,
By Counsel:

'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL
66 Long Wharf
Boston, Massachusetts   02109
(617) 523-5858

DATED: April 29, 2005