*Toni C. Cromwell*
*40 Woodruff Way, Mattapan MA 02126*
*(617) 298-7314*

January 19, 2006

Dear Judge Lindsey:

I am writing this letter in support of Mr. Carlos Howell. I have had the good fortune of knowing Carlos and the family for more than twenty years. We live on the same street, and to this day Carlos and my kids are still very good friends as well as the mother and I. I have watched Carlos grow up into a compassionate, caring, giving and loving individual. He would bend over backwards for you.
His devotion as a father has always exceeded the quality needed to nurture. I would observe Carlos' interaction with his son's and witness the unconditional love he would share with them.

Mr. Howell spent many years doing volunteer work for me at the After School Program at the Gallivan Community Center and at the Gallivan Boulevard Tenant Association in Mattapan. His love for children would always shine through at the After school program.

Unquestionably, Mr. Howell will certainly benefit outside an institution helping and giving back to others. His sense of loyalty and commitment to the youth in the community he grew up in will continue to keep him balanced and focused.
If you have any questions, please feel free to call me at (617) 298-7314.

Sincerely,

Toni Cromwell