| CRIMINAL COMPLAINT | 0007CR003008 | Trial Court of Massachusetts  |
|---|---|---|
| | | Dorchester District Court |

**DEFENDANT**
HOWELL, CARLOS
24 IRMA STREET
DORCHESTER, MA 02124

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE DORCHESTER DISTRICT COURT

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 09/23/1968 | M | B | 5'03" | 160 | BRO | BLK |

| INCIDENT REPORT # | SOCIAL SECURITY # |
|---|---|
| 237730 | 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 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 05/05/2000 | DORCHESTER |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| JONES, PO | BOSTON PD AREA C-3 |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 05/08/2000 | 05/25/2000 8:30 AM |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

**COUNT-OFFENSE**
1. 94C/32C/C DRUG, POSSESS TO DISTRIB CLASS D c94C §32C    2/15/06 amended Nolle Pros Tuck for 6-30-00

on 05/05/2000, not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute, dispense or cultivate a controlled substance in Class D of G.L. c.94C, §31, to wit: MARIJUANA, in violation of G.L. c.94C, §32C(a). (PENALTY: imprisonment not more than 2½ years; or not less than $500, not more than $5000; or both; G.L. c.280, §6B plus Drug Analysis Fee of not less than $35, not more than $100, with maximum fee of $500 for multiple offenses from single incident.)

**COUNT-OFFENSE**
2. 94C/32J DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J

on 05/05/2000 did, as charged in the accompanying count(s), violate the provisions of G.L. c.94C, §§ 32, 32A, 32B, 32C, 32D, 32E, 32F or 32I while in or on, or within 1000 feet of the real property comprising an elementary, vocational or secondary school, or within 100 feet of a public park or playground, in violation of G.L. c.94C, §32J. (ADDITIONAL PENALTY FROM AND AFTER SENTENCE FOR VIOLATION OF §§ 32, 32A, 32B, 32C, 32D, 32E, 32F or 32I: state prison not less than 2½ years, not more than 15 years; or jail or house of correction not less than a mandatory minimum of 2 years, not more than 2½ years; and optional fine not less than $1000, not more than $10,000. §32H: may not be filed or continued without a finding; no reduction or suspension of sentence until 2 years served. District Court has final jurisdiction under G.L. c.218, §26.)

**COUNT-OFFENSE**

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 1ST FEBRUARY 2006

_____
CLERK-MAGISTRATE
ASSISTANT CLERK

**COUNT-OFFENSE**

| COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE X | ON (DATE) 5-8-00 | TOTAL COUNTS 2 |
|---|---|---|---|
| FIRST JUSTICE Hon. SYDNEY HANLON | | COURT ADDRESS Dorchester District Court 510 Washington Street Dorchester, MA 02124 | |
| A TRUE CLERK-MAGISTRATE/ASST. CLERK COPY ATTEST: X | ON (DATE) | | |

| TENDER OF PLEA OR ADMISSION WAIVER OF RIGHTS | DOCKET NO. 0013008 | NO. OF COUNTS 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| INSTRUCTIONS: This form must be typed or printed clearly, completed prior to the Pretrial Hearing, signed by both counsel and submitted to the court by the defendant at or before the Pretrial Hearing. | NAME OF DEFENDANT Carlos Howell | | COURT DIVISION Dorchester District Court 510 Washington Street Dorchester, MA. 02124 |

## SECTION I — TENDER OF PLEA

Defendant in this case hereby tenders the following: **PLEA OF GUILTY** / **ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY** conditioned on the dispositional terms indicated below. *Include all proposed terms (guilty finding, finding of sufficient facts, continued without finding dismissal, fine, costs, probation period and supervision terms, restitution amount including the identification of the recipient of restitution, and any sentence of incarceration, split sentence or suspended sentence, etc.). Number each count and specify terms for each count separately.*

| COUNT NO. | DEFENDANT'S DISPOSITIONAL TERMS (Check "Yes" if Prosecution agrees — Check "No" if Prosecution disagrees) | PROSECUTOR'S RECOMMENDATION (Required if Prosecutor disagrees with terms) |
|---|---|---|
| 1 | Reduced to straight possession & 18 months probation with testing and evaluation for drug addiction by Probation and treatment as deemed necessary — YES | |
| 2 | Dismissed — YES | |

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 1ST FEBRUARY 2006

CLERK-MAGISTRATE / ASSISTANT CLERK

WE HAVE CONSULTED WITH THE PROBATION DEPARTMENT REGARDING ANY PROBATION TERMS SET FORTH ABOVE.

| SIGNATURE OF DEFENSE COUNSEL X Keita M. Lanier | DATE 6/30/00 | SIGNATURE OF PROSECUTING OFFICER X | DATE 6/30/00 |

## SECTION II — PLEA OR ADMISSION ACCEPTED BY THE COURT

The Court ☒ ACCEPTS the tendered Plea or Admission on defendant's terms set forth in Section I, and will impose sentence in accordance with said terms, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

## SECTION III — PLEA OR ADMISSION REJECTED BY THE COURT

The Court REJECTS the defendant's dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), has set forth to the defendant the dispositional terms it would find acceptable, to wit:

JWF
DAF
ask for PSI
G probation
1 year

**DEFENDANT'S DECISION IF COURT REJECTS TENDERED PLEA OR ADMISSION:**

— Defendant WITHDRAWS the tendered Plea or Admission; the parties must complete and file a Pretrial Conference Report, a Pretrial Hearing must be conducted and a trial date scheduled, if necessary.

— Defendant ACCEPTS terms set forth by the Court, a Plea or Admission will be accepted by the court and said dispositional terms imposed, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

| SIGNATURE OF JUDGE ACCEPTING OR REJECTING PLEA OR ADMISSION X | DATE 6/30/00 | SIGNATURE OF DEFENSE COUNSEL (if rejection decision made) X | DATE |

DC-CR 22 (8/96)

I, the undersigned defendant, understand and acknowledge that I am voluntarily giving up the right to be tried by a jury or a judge without a jury on these charges.

I have discussed my constitutional and other rights with my attorney. I understand that the jury would consist of six jurors chosen at random from the community, and that I could participate in selecting those jurors, who would determine unanimously whether I was guilty or not guilty. I understand that by entering my plea of guilty or admission, I will also be giving up my right to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to testify or provide evidence against myself by asserting my privilege against self-incrimination, all with the assistance of my defense attorney; and to be presumed innocent until proven guilty by the prosecution beyond a reasonable doubt.

I am aware of the nature and elements of the charge or charges to which I am entering my guilty plea or admission. I am also aware of the nature and range of the possible sentence or sentences.

My guilty plea or admission is not the result of force or threats. It is not the result of assurances or promises, other than any agreed-upon recommendation by the prosecution, as set forth in Section I of this form. I have decided to plead guilty, or admit to sufficient facts, voluntarily and freely.

I am not now under the influence of any drug, medication, liquor or other substance that would impair my ability to fully understand the constitutional and statutory rights that I am waiving when I plead guilty, or admit to sufficient facts to support a finding of guilty.

I understand that if I am not a citizen of the United States, conviction of this offense may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF DEFENDANT | DATE |
|---|---|
| X Carlos [signature] | 6/30/00 |

### SECTION V — DEFENSE COUNSEL'S CERTIFICATE (G.L. c. 218, § 26A)

As required by G.L. c. 218, § 26A, I certify that as legal counsel to the defendant in this case, I have explained to the defendant the above-stated provisions of law regarding the defendant's waiver of jury trial and other rights so as to enable the defendant to tender his or her plea of guilty or admission, knowingly, intelligently and voluntarily.

| SIGNATURE OF DEFENSE COUNSEL | B.B.O. NO. | DATE |
|---|---|---|
| X [signature] | 639652 | 6/30/00 |

### SECTION VI — JUDGE'S CERTIFICATION

I, the undersigned Justice of the District Court, addressed the defendant directly in open court. I made appropriate inquiry into the education and background of the defendant and am satisfied that he or she fully understands all of his or her rights as set forth in Section IV of this form, and that he or she is not under the influence of any drug, medication, liquor or other substance that would impair his or her ability to fully understand those rights. I find, after an oral colloquy with the defendant, that the defendant has knowingly, intelligently and voluntarily waived all of his or her rights as explained during these proceedings and as set forth in this form.

After a hearing, I have found a factual basis for the charge(s) to which the defendant is pleading guilty or admitting and I have found that the facts as related by the prosecution and admitted by the defendant would support a conviction on the charges to which the plea or admission is made.

I further certify that the defendant was informed and advised that if he or she is not a citizen of the United States, a conviction of the offense with which he or she was charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF JUDGE | DATE |
|---|---|
| X [signature] | 6/30/00 |

| CRIMINAL DOCKET | DOCKET NO. 0007CR003008 | | ATTORNEY NAME C. Loven 10d atty | |
|---|---|---|---|---|
| COURT DIVISION Dorchester | INTERPRETER REQUIRED | | DATE and JUDGE | DOCKET ENTRY |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT HOWELL, CARLOS 24 IRMA STREET DORCHESTER, MA 02124 | HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 1st February 2006 [signature] CLERK-MAGISTRATE ASSISTANT CLERK | | jc | ☑ Attorney appointed (SJC R. 3:10) ☐ Atty denied and Deft Advised per 211D §2 ☐ Waiver of counsel found after colloquy Terms of release set: ☐ PR ☑ Bail: 500. cash ☐ Held (276 §58A) ☐ See back for special conditions Arraigned and advised: [?] ☑ Potential of bail revocation (276 §58) ☑ Right to bail review (276 §58) ☐ Right to drug exam (111E §10) |
| DEFT DOB AND SEX 09/23/1968 M | | | | Advised of right to jury trial: ☐ Does not waive ☐ Waiver of jury trial found after colloquy |
| DATE OF OFFENSE(S) 05/05/2000 | PLACE OF OFFENSE(S) DORCHESTER | | | |
| COMPLAINANT JONES, PO | POLICE DEPARTMENT (if applicable) BOSTON PD AREA C-3 | | | Advised of trial rights as pro se (Supp. R. 4) |
| DATE OF COMPLAINT 05/08/2000 | RETURN DATE AND TIME 05/25/2000 08:30:00 2/15/00 Reduced 6:30:00 | | | Advised of right of appeal to Appeals Ct (R. 28) |

| COUNT/OFFENSE | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|---|
| 1. 94C/32C/C DRUG, POSSESS ~~TO DISTRIB~~ CLASS D c94C § | | 50 waived | | 135.00 | | ☐ WAIVE |
| DISPOSITION DATE and JUDGE 6/30/00 Hanlon | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☑ Probation 6/29/01 ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim Random Urines ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) Drug tx FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☑ Probation terminated; defendant discharged | | | | HANLON, J JUDGE PO FISHER | DATE 12-7-01 |
| DISPOSITION METHOD ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |

| COUNT/OFFENSE | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|---|
| 2. 94C/32J DRUG VIOLATION NEAR SCHOOL/PARK c94C §32 | | | | | | ☐ WAIVE |
| DISPOSITION DATE and JUDGE 6/30/00 Hanlon | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☑ Dismissed upon: ☑ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) ADA Linden FINAL DISPOSITION ☑ Dismissed on recommendation of Probation Dept. ☐ Probation terminated; defendant discharged | | | | JUDGE | DATE |
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |

| COUNT/OFFENSE | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|---|
| | | | | | | ☐ WAIVE |
| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION DEPORTATION WARNING GIVEN | | | | JUDGE DATE |
| DISPOSITION METHOD | FINDING | | | | | |

| COUNT/OFFENSE | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|---|
| | | | | | | ☐ WAIVE |
| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION | | | | JUDGE DATE |
| DISPOSITION METHOD | FINDING | | | | | |

☐ ADDITIONAL COUNTS ATTACHED

A TRUE COPY ATTEST: X   CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

COURT ADDRESS
Dorchester District Court
510 Washington Street
Dorchester, MA 02124

SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT Held | RESULT Cont'd | | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/25/00 | ARR | ☐ | ☐ | 6/30/00 PTH | JH | 1470 | 50 | 120 |
| 2 | 5/25/00 | CE | ☐ | ☐ | 6/30/00 PTH | JH | 1470 | 1050 | 1255 |
| 3 | 6/30/00 | PTH | ☐ | ☐ | 6/29/01 Kai | HL | 1840 | 3380 | |
| 4 | 7/25/00 | AL | ☐ | ☑ Cont'd | 8-3-00 JH | | | | |
| 5 | | | ☐ | ☐ | 8/3/00 | | | | |
| 6 | | | ☐ | ☐ | 6/29/01 MW | McGun | | | |
| 7 | 11/15/00 | JH | ☐ | ☐ | DF | Onfulo | 408 | 258 | |
| 8 | | | ☐ | ☐ | 12/7/01 FSH | | | | |
| 9 | 12-7-01 | FSH | ☐ | ☐ | closed | HANLON J | 3717 | 560 | 788 |
| 10 | | | ☐ | ☐ | | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 5-25-00 | Mitt issued KG |
| 5-25-00 | Cash bail 500 JS |
| 6/27/00 | Motion for: Names, Addresses & Dates of Birth of Persons Present |
| | Motion for: Discovery of Statements of Defendant |
| | Motion for: Discovery of Drug Analysis |
| | Motion for: Discovery of Statements of Persons Present; Certificate of Service filed by Atty. Kristin Larsen |
| 6-30-00 | DK plea offered Atty Larsen ; Ada Linnehan    Hanlon /tw |
| 10/30/00 | ABSTRACT SENT TO REGISTRY  MR |
| 7/7/00 | Motion to Revise & Revoke; Affidavit in Support of Motion; |

ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| DOCKET CONTINUATION | NAME OF CASE Carlos Howell | DOCKET NUMBER 007 CR 3008 |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | | Certificate of Service filed by Atty. Krista Larsen |
| | | [illegible] |
| | 7/25/00 | SH Notice filed by P.O. Fisher on list for 8-3-00 (DAS) |
| | 8/3/00 | J. McGovern PO Fisher Atty Walsh appt'd |
| TAPE START 2148 | | After preliminary SH — no cause |
| | 10-30-00 | SH Notice filed [illegible] Fisher — 11-15-00 |
| | 11/15/00 | Df wm to vs |
| | 11/15/00 | WARRANT ISSUED W.M.S. RP |
| | 11-16-00 | ABSTRACT SENT TO REGISTRY |
| | 11-2-01 | D here on new arrest (m) |
| | NOV 0 2 2001 | WARRANT RECALLED W.M.S. KM |
| | 11/2/01 | J. Rongiello 1st Sess PO Fisher Atty Toroян |
| TAPE START 3215 1050 | | After preliminary SH cause found |
| TAPE START 3216 CU | | dft held w/o bail for FSH 12/7/01 |
| | 11/2/01 | MITT ISSUED BY MSF RET 12/7/01 8:30AM |
| | 12-7-01 | Horton J PO Fisher Atty Renaм After Final Surrender Hearing court finds Defendant violated terms of probation. Probation revoked. Defendant committed thirty days House of Correction deemed served. Defendant discharged |
| | 12-7-01 | ABSTRACT SENT TO N.N. / ABSTRACT GIVEN TO DEFT |
| | 2/15/06 | docket amended to reflect the agreed upon reduction to straight possession as reflected on deft's tender of plea from 6/30/00 (J Clough asst clerk magistrate) |

DC-CR 14 (12/89)