United States District Court
District of Massachusett

United States of America    ) Criminal No. 04-10260 RCL
v.                          )
Carlos Howell               )
                            )
                            )
                            )

### Notice of Appeal of Sentence

Comes Now The Defendant Carlos Howell, and files The Timely Appeal of Sentence which was entered on Febuary 13, 2006 Unite States District Court Massachusett Honorable Reginald C. Lindsay, Defendant Appeals said Sentence. Notice of Appeal entered pro se

Respectfully Submitted,
Carlos Howell
February 15, 2006