**Carlos Howell--Statement of Reasons**

This statement is provided because the term of imprisonment for this defendant, pursuant to the Guidelines, is greater than 24 months (100 months to 125 months). As requested by the government, this defendant has been sentenced within the guideline range. His term of imprisonment of 108 months reflects the court's assessment of adequate punishment for an offender whose record does not reveal a drug trafficker, notwithstanding the present offense of conviction. On the other hand, this defendant's record shows substantial antisocial conduct. A term in prison of nine years is designed to recognize and punish that conduct and to deter it in the future.