UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.  **CRIMINAL ACTION NO. 04-10260-RCL**

**CARLOS A. HOWELL**

**NOTICE OF APPEAL**

LINDSAY, D.J.

    Now comes the above-named defendant, Carlos A. Howell, and hereby appeals to the United States Court of Appeals for the First Circuit, the Judgment entered by the Court on March 10, 2006.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Carlos A. Howell,<br>Defendant |
| March 28, 2006 | /s/ Lisa M. Hourihan<br>---------------------------<br>    Deputy Clerk |