## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-10260

United States of America

v.

Carlos Howell

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-3, 6- 44

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 31, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/7/06.

___MA___
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1581

- 3/06