

*04-10260*
*USDC/MA*
*Lindsay, J*

# United States Court of Appeals
## For the First Circuit

No. 06-1582

UNITED STATES
Appellee

v.

CARLOS A. HOWELL
Defendant - Appellant

**JUDGMENT**

Entered: August 4, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's assented to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
LYNNE ALIX MORRISON
Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 8/4/06

[cc: Walter H. Underhill, Esq., Theodore B. Heinrich, AUSA]