UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America )
    Plaintiff, )
   )
vs. ) CASE NO. 1:04CR10260-001RCL
   )
Carlos A. Howell )
    Defendant, )

Motion for Modification of Sentence
Pursuant to Title 18 U.S.C. §3582(c)(2)

    COMES NOW, the Defendant, Carlos A. Howell acting pro-se and without the aid of counsel. Defendant is not an attorney, has never attended any law school, or participated in any professional training with respect to the filing of legal proceedings. Defendant, respectfully prays that the Court view this petition under the liberal standard set forth for pro-se litigants in Haines v. Kerner, 404 U.S. 519 (1972), and would move this Honorable Court to grant a resentencing pursuant to the Amendment to the United States Sentencing Guidelines for crack cocaine 2D1.1(c), enacted on November 1, 2007 and voted retroactive on December 11, 2007. Based upon the following facts, the Defendant would move this Court to modify his sentence that was imposed on March 9, 2006, and resentence him in this case.

IN SUPPORT OF THIS MOTION THE DEFENDANT STATES AS FOLLOWS:

    1. On March 9, 2006 this Court (Lindsay, J.) sentenced the defendant to one hundred eight (108) months in prison based on the 100 to 1 powder/crack cocaine ratio of the United States Sentencing Guidelines. The Guidelines place the defendant at level 25; Criminal History category V; with a sentencing range of 100 to 125 months in prison.

    2. On November 1, 2007 the United States Sentencing Commission enacted an Amendment to the United States Sentencing

Guidelines 2D1.1(c) which reduces crack cocaine related offenses by 2 levels. 18 U.S.C. §3582(c)(2) states in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the sentencing commission pursuant to 28 U.S.C. §994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on it's own motion, the Court may reduce the term of imprisonment, after considering the factors set forth in 18 U.S.C. §3553(a) to the extent that they are applicable if such reduction is consistent with applicable policy statements issued by the Sentencing Commission.

3. On December 11, 2007 the Commission voted to give retroactive effect to the Amendment. Defendant is seeking this Honorable Court to apply the Amendment and resentence him applying the 2 level reduction and consider the fact that the amended guidelines still result in sentences that are based on an unwarranted disparity and fails to serve the purpose of sentencing pursuant to 18 U.S.C. §3553(2).

4. Additionally, defendant would pray the Court consider other factors in mitigation of punishment at any resentencing; namely the disparity between powder/crack cocaine and that the defendant can demonstrate exemplary efforts towards rehabilitation within the prison environment by maintaining clear institutional conduct and going above and beyond his B.O.P. Program requirements to be specific, the defendant has completed the following programs. (see attached documents).

Respectfully Submitted,

*Carlos A. Howell*

Dated: 2/25/08

Carlos A. Howell
Reg. No. 25354-038
F.M.C.-Devens
P.O. Box 879
Ayer, MA. 01432

```
 DEVCE              *         INMATE DISCIPLINE DATA          *    02-14-2008
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD     *    14:47:44

REGISTER NO: 25354-038 NAME..: HOWELL, CARLOS
FUNCTION...: DIS         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 02-14-2008
                         RSP OF: DEV-DEVENS FMC




G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

```
    DEVCE           *       INMATE EDUCATION DATA       *      02-14-2008
PAGE 001 OF 001    *              TRANSCRIPT            *       14:48:38

REGISTER NO: 25354-038      NAME..: HOWELL                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DEV-DEVENS FMC

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT                 07-06-2006 1911 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA        09-22-2006 1256 CURRENT

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
DEV LOW    (PG) ADV COMPUTER APPLICATIONS 08-27-2007  CURRENT
DEV LOW    (PF) PERSONAL FINANCE          01-07-2008  CURRENT
DEV LOW    (PG) 40 HR DRUG EDUCATIO       04-25-2007  08-01-2007  P   C  P   40
DEV LOW    (PG)UNDERSTANDING RECIDIVISM   05-22-2007  06-02-2007  P   C  P   10
FTD GP     COMPUTER SKILLS VT-7:30-9:00AM 12-12-2006  03-28-2007  P   C  M  120
FTD GP     GED W PRE RM239 M-F 0730-0900  09-14-2006  09-22-2006  P   W  I    8

-------------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST         SCORE     TEST DATE     TEST FACL    FORM     STATE
ABLE         NUMBER OPR       5.6      08-24-2006    FTD          E
             PROB SOLV        8.9      08-24-2006    FTD          E
             READ COMP        3.6      08-24-2006    FTD          E




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



# Certificate of Completion

**awarded to**

*Carlos Howell*

In recognition of 120-hour training in Microsoft Windows XP and Office 2003 Professional Suite. He has achieved the ability to use, navigate, and understand the basic concepts of Business Application Software.

April 6, 2007

Microsoft Windows Professional

Mr. M. Haggerty
VT Computer Instructor

Mr. D. Watford
Supervisor of Education

# Federal Medical Center Devens
## Education Department

Presents

*Carlos Howell*

This

# Certificate of Completion

*For successfully completing 10 hours of classroom study in*

**Understanding Recidivism**

*In witness thereof, the undersigned given this 2nd day of June 2007*

_____
Ms. Benet-Rivera, Supervisor of Education

_____
A. Laver, ACE & Pre-Release Coordinator

# FMC DEVENS



Carlos Howell ~ 25354-038

completed the Drug Education Program on

August 1, 2007

Diana Schoeller
Pre-Doctoral Intern

Susan C. Bates, Ed.D.
Drug Abuse Program Coordinator

# Certificate of Completion

**FMC Devens, Education Department**

This is to certify that

## CARLOS HOWELL

Has successfully completed 10 Hrs of classroom study in

## PERSONAL FINANCE

In witness thereof the undersigned given this 18th day of January 2008

A. Laver, ACE-RPP Coordinator

Ms. Benet-Rivera, Supervisor of Education

# FMC DEVENS

## VT Business Computer Applications

The Education Department is pleased to present this certificate to

*Carlos Howell*

for successfully completing 260 hours of classroom study and computer lab workshop in Advanced Microsoft Office 2000 Applications.

In witness thereof, the undersigned given this 22nd day of February 2008.

_____
Mr. E. Boyack
VT Computer Instructor

_____
Ms. Benet-Rivera
Supervisor of Education

## PROOF OF SERVICE

I, Carlos A. Howell, certify that on _February 25th_, 2008. I mailed a copy of this document and all attachments via First Class mail to the following parties at the address listed below. That such pleadings are to be considered filed pursuant to Houston v. Lack, 487 U.S. 266 (1988).

>United States Attorney
>2300 U. S. Courthouse
>One Courthouse Way
>Boston, MA. 02210-3002

I certify that this document was given to officials on this date for forwarding to the United States District Court for the District of Massachusetts. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. §1746.

Respectfully submitted this _25th_ day of _February_, 2008.

*Carlos A. Howell*
Carlos A. Howell, pro-se
Number: 25354-038
FMC - Devens
P.O. Box 879
Ayer, MA. 01432