Date: 2/25/08

Hon. **Lindsay**
c/o **Lisa Hourihan**
Deputy Clerk
United States District Court

Dear **Clerk** : :

    I was sentenced by Judge **Lindsay** on **March 9, 2006** based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I __ do ✓ do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely, **Carlos Howell**

Name: **CARLOS HOWELL #25354-038**
Address: **P.O Box 879**
          **F.M.C. DEVENS**
          **Ayer, MA. 01432**
Telephone: _____

| | | | | | |
|---|---|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |

IN THE CASE OF

U.S. vs CARlos Howell

FOR
AT

LOCATION NUMBER: 25354-038

PERSON REPRESENTED (Show your full name): CARlos A. Howell

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate
District Court: 1:04 CR 10260 RCL
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

Distribution cocaine base

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ N/A
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $ ___  SOURCES: ___

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT. VALUE: ___ DESCRIPTION: ___

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: ___   Total Debt: $ ___   Monthly Paymt: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/25/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Carlos A. Howell



## Inmate Inquiry

Inmate Reg #:  
Inmate Name:  
Report Date:  
Report Time:  

Current Institution:  
Housing Unit:  
Living Quarters:  

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7015 |
| PAC #: | 029332161 |
| FRP Participation Status: | Completed |
| Arrived From: | FTD |
| Transferred To: | |
| Account Creation Date: | 4/27/2006 |
| Local Account Activation Date: | 4/11/2007 3:31:37 AM |
| Sort Codes: | |
| Last Account Update: | 2/8/2008 9:28:28 PM |
| Account Status: | Active |
| Phone Balance: | $0.14 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $30.82 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $30.82 |
| National 6 Months Deposits: | $452.66 |
| National 6 Months Withdrawals: | $440.51 |
| National 6 Months Avg Daily Balance: | $7.30 |
| Local Max. Balance - Prev. 30 Days: | $90.13 |
| Average Balance - Prev. 30 Days: | $26.16 |