# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CR 04-10260-RCL

CARLOS HOWELL
           Defendant

## APPOINTMENT OF FEDERAL DEFENDER

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

    It is hereby ORDERED that Miriam Conrad of the Federal Defender Office for the District of Massachusetts be appointed, effective as of   March 10, 2008 to represent said defendant in this cause until further order of the Court.

                              SARAH ANN THORNTON
                              CLERK OF COURT

                    By:    /s/ Lisa M. Hourihan
                              Deputy Clerk

DATE: 3/10/08

(Appt Fed def.wpd - 11/98)                              [koapptpd.]