UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10260-RCL |
| | ) | |
| CARLOS HOWELL | ) | |

NOTICE OF APPEARANCE

Assistant Federal Public Defender J. Martin Richey hereby files his appearance on behalf of defendant Carlos Howell.

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. # 559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 10, 2008.

/s/ J. Martin Richey
J. Martin Richey